U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

GMAC REAL ESTATE, LLC, Plaintiff,
v.
RUBEN COULANGES, SOUTH SHORE REALTY GROUP, INC. d/b/a SOUTH SHORE GMAC REAL ESTATE, Defendants.

Case Number:

FILED: APRIL 18, 2008
08CV2242         CEM
JUDGE COAR
MAGISTRATE JUDGE COX

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GMAC Real Estate, LLC, Plaintiff

| | |
|---|---|
| NAME (Type or print) <br> Eric R. Lifvendahl | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Eric R. Lifvendahl | |
| FIRM <br> Williams Montgomery & John Ltd. | |
| STREET ADDRESS <br> 20 N. Wacker Drive, Suite 2100 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6211539 | TELEPHONE NUMBER <br> 312-443-3230 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |