IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GMAC REAL ESTATE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CV 2242 |
| | ) | |
| RUBEN COULANGES, SOUTH SHORE | ) | Judge Coar |
| REALTY GROUP, INC., d/b/a SOUTH | ) | |
| SHORE GMAC REAL ESTATE, | ) | Magistrate Judge Cox |
| | ) | |
| Defendants. | ) | |

## MOTION DIRECTING THE U.S. MARSHALL TO SERVE DEFENDANTS

Plaintiff and Claimant in the underlying arbitration GMAC Real Estate, LLC ("GMAC") by its attorney Eric R. Lifvendahl, respectfully requests the Court enter an Order directing the U.S. Marshall to serve Defendants with GMAC's Motion for Confirmation of Arbitration Award and Judgment pursuant to the Federal Arbitration Act, §9. In support of its motion, GMAC states as follows:

1.      Following an arbitration hearing in Chicago, Illinois, an arbitration award was entered on April 9, 2008 on behalf of GMAC and against Defendants.

2.      GMAC has filed a Motion for Confirmation of Arbitration Award and Judgment.

3.      Defendant South Shore Realty Group, Inc. d/b/a South Shore Realty Group ("South Shore") is a Massachusetts corporation with its principal place of business at 136 Main Street, Brockton, MA 02301. South Shore is a nonresident of Illinois. South Shore also has offices at 403 Main Street, Brockton, MA 02301 and 221 Oak Street, Brockton, MA 02301.

4.      Defendant Ruben Coulanges ("Coulanges") is the sole owner of South Shore and a resident of Massachusetts. Coulanges' last known address is 12 Weathervone Road, Canton, MA 02021. Coulange is a nonresident of Illinois.

5.      GMAC's principal place of business is in Illinois.

6.      As both Defendants are nonresidents of Illinois, GMAC requests this Court enter an Order pursuant to the Federal Arbitration Act §9 directing the U.S. Marshall to serve each Defendant with GMAC's Motion for Confirmation of Arbitration Award and Judgment.

WHEREFORE, Plaintiff GMAC Real Estate, LLC respectfully requests this Court enter an Order directing the U.S. Marshall to serve each Defendant with Plaintiff's Motion for Confirmation of Arbitration Award and Judgment.

Respectfully submitted,

GMAC Real Estate, LLC, Plaintiff


By:    /s/ Eric R. Lifvendahl
            One of its Attorneys

Eric R. Lifvendahl
Williams Montgomery & John Ltd.
20 North Wacker Drive
Suite 2100
Chicago, IL 60606
(312) 442-3200

Document #: 771602