IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GMAC REAL ESTATE, LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 08 CV 2242 ) |
| RUBEN COULANGES, SOUTH SHORE REALTY GROUP, INC., d/b/a SOUTH SHORE GMAC REAL ESTATE, | ) Judge Coar ) ) Magistrate Judge Cox |
| Defendants. | ) ) |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, the 30th day of April, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before The Honorable David H. Coar or any Judge sitting in his stead in Courtroom 1419 in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and present Plaintiff's **Motion Directing The U.S. Marshall to Serve Defendants**, a copy of which is attached hereto.

Respectfully submitted,

GMAC Real Estate, LLC, Plaintiff

By: /s/ Eric R. Lifvendahl
One of its Attorneys

Eric R. Lifvendahl
Williams Montgomery & John Ltd.
20 North Wacker Drive
Suite 2100
Chicago, IL 60606
(312) 442-3200