U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 08-CV-2242

GMAC REAL ESTATE, LLC, Plaintiff,
v.
RUBEN COULANGES, SOUTH SHORE REALTY
GROUP, INC. d/b/a SOUTH SHORE GMAC
REAL ESTATE, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GMAC Real Estate, LLC, Plaintiff

| NAME (Type or print) |  |
| --- | --- |
| Paul J. Ripp |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Paul J. Ripp | |
| FIRM | |
| Williams Montgomery & John Ltd. | |
| STREET ADDRESS | |
| 20 N. Wacker Drive, Suite 2100 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6281001 | 312-443-3205 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |