Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2242 | **DATE** | 4/30/2008 |
| **CASE TITLE** | GMAC Real Estate, LLC vs. Ruben Coulanges, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 4/30/2008 regarding # 5. Plaintiff's Motion [5] directing the U.S. Marshal to serve defendants is granted. ENTER ORDER DIRECTING THE U.S. MARSHAL TO SERVE DEFENDANTS

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|

