MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GMAC REAL ESTATE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 CV 2242 |
| ) | |
| RUBEN COULANGES, SOUTH SHORE ) | Judge Coar |
| REALTY GROUP, INC., d/b/a SOUTH ) | |
| SHORE GMAC REAL ESTATE, ) | Magistrate Judge Cox |
| ) | |
| Defendants. ) | |

## ORDER
### DIRECTING THE UNITED STATES MARSHAL TO SERVE DEFENDANTS

This matter coming to be heard on Plaintiff, GMAC Real Estate, LLC's ("GMAC") Motion Directing The U.S. Marshal to Serve Defendants pursuant to section 9 of the Federal Arbitration Act, the Court being fully advised,

IT IS HEREBY ORDERED THE MOTION GRANTED and the Court hereby directs the United States Marshal to serve Defendants with Plaintiff's Motion For Confirmation of Arbitration Award and Judgment in the same manner as other process is served and pursuant to Plaintiff's request for Process Receipt and Return to be submitted to the U.S. Marshal.

Dated: April 30, 2008

ENTERED:

_____
David H. Coar, U.S. District Judge