IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GMAC REAL ESTATE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 CV 2242 |
| ) | |
| RUBEN COULANGES, SOUTH SHORE ) | Judge Coar |
| REALTY GROUP, INC., d/b/a SOUTH ) | |
| SHORE GMAC REAL ESTATE, ) | Magistrate Judge Cox |
| ) | |
| Defendants. ) | |

### AMENDED NOTICE OF MOTION

TO:  Steve B. Rosenthal
     One Post Office Square
     Sharon, MA 02067

   PLEASE TAKE NOTICE that on Tuesday, the 17th day of June, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before The Honorable Matthew F. Kennelly or any Judge sitting in his stead in Courtroom 2103 in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and Plaintiff present the Plaintiff's previously filed **Motion for Confirmation of Arbitration Award and Judgment,** a copy of which is attached hereto.

                                        Respectfully submitted,

                                        GMAC Real Estate, LLC, Plaintiff


                                        By:   /s/ Eric R. Lifvendahl
                                              One of its Attorneys

Eric R. Lifvendahl
Williams Montgomery & John Ltd.
20 North Wacker Drive
Suite 2100
Chicago, IL 60606
(312) 442-3200

## CERTIFICATE OF SERVICE

      I hereby certify that on June 12, 2008, I electronically filed the foregoing **Motion for Confirmation of Arbitration Award and Judgment** with the Clerk of the Court using the CM/ECF system. I also hereby certify that I have e-mailed and mailed the foregoing document by U.S. Mail to the following non CM/ECF participants:

| | |
|---|---|
| Steve B. Rosenthal<br>(srosenthalesq@yahoo.com)<br>One Post Office Square<br>Sharon, MA 02067 | Ruben Coulanges<br>(r_coulanges@hotmail.com) |

                                                  /s/ Eric R. Lifvendahl

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GMAC REAL ESTATE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CV 2242 |
| | ) | |
| RUBEN COULANGES, SOUTH SHORE REALTY GROUP, INC., d/b/a SOUTH SHORE GMAC REAL ESTATE, | ) ) ) | Judge Coar<br><br>Magistrate Judge Cox |
| | ) | |
| Defendants. | ) | |

**PROPOSED**
**ORDER CONFIRMING ARBITRATION AWARD AND JUDGMENT**

This matter coming to be heard on Plaintiff, GMAC Real Estate, LLC's ("GMAC") Motion for Confirmation of Arbitration Award and Judgment, all parties having received notice and the Court being fully advised,

IS IT HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

1.  The Award of Arbitrator entered on April 9, 2008 by arbitrator Paul Bernstein, Esq., in American Arbitration Association Case No. 51 115 01284 07 is confirmed.

2.  Judgment is entered against Defendant South Shore Realty Group, Inc. and in favor of Plaintiff GMAC Real Estate, LLC in the amount of $167,073.43.

3.  Judgment is entered against Defendant Ruben S. Coulanges and in favor of Plaintiff GMAC Real Estate, LLC in the amount of $70,864.43.

4.    Judgment is entered against Defendant South Shore Realty Group, Inc. and Defendant Ruben S. Coulanges jointly and severally and in favor of Plaintiff GMAC Real Estate, LLC in the amount of $6,000.

ENTERED:

By:_____
JUDGE

**Order Prepared By:**
Eric R. Lifvendahl
Williams Montgomery & John Ltd.
20 North Wacker Drive
Suite 2100
Chicago, IL 60606
(312) 442-3200