**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

GMAC Real Estate, LLC
                                    Plaintiff,

v.                                                    Case No.: 1:08–cv–02242
                                                             Honorable David H. Coar

Ruben Coulanges, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 13, 2008:

     MINUTE entry before the Honorable David H. Coar:Motion Hearing set for 6/17/2008 at 09:30 AM. – before Judge Kennelly – regarding the Motion for Confirmation of Arbitration Award and Judgment.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.