Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | Matthew F. Kennelly |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2242 | **DATE** | 6/17/2008 |
| **CASE TITLE** | GMAC Real Estate vs. Ruben Coulanges | | |

**DOCKET ENTRY TEXT**

Motion to confirm arbitration award and judgment is granted. Enter Order Confirming Arbitration Award as approved by the Court.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|