IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GMAC REAL ESTATE, LLC, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 08 CV 2242 |
| RUBEN COULANGES, SOUTH SHORE REALTY GROUP, INC., d/b/a SOUTH SHORE GMAC REAL ESTATE, | ) ) ) ) | Judge Coar  Magistrate Judge Cox |
| Defendants. | ) ) | |

## ORDER CONFIRMING ARBITRATION AWARD AND JUDGMENT

This matter coming to be heard on Plaintiff, GMAC Real Estate, LLC's ("GMAC") Motion for Confirmation of Arbitration Award and Judgment, all parties having received notice and the Court being fully advised,

IS IT HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

1. The Award of Arbitrator entered on April 9, 2008 by arbitrator Paul Bernstein, Esq., in American Arbitration Association Case No. 51 115 01284 07 is confirmed.

2. Judgment is entered against Defendant South Shore Realty Group, Inc. and in favor of Plaintiff GMAC Real Estate, LLC in the amount of $167,073.43.

3. Judgment is entered against Defendant Ruben S. Coulanges and in favor of Plaintiff GMAC Real Estate, LLC in the amount of $70,864.43.

4.   Judgment is entered against Defendant South Shore Realty Group, Inc. and Defendant Ruben S. Coulanges jointly and severally and in favor of Plaintiff GMAC Real Estate, LLC in the amount of $6,000.

ENTERED:

By: _____
JUDGE
(Substituting for Judge Cour)
6/17/08

**Order Prepared By:**
Eric R. Lifvendahl
Williams Montgomery & John Ltd.
20 North Wacker Drive
Suite 2100
Chicago, IL 60606
(312) 442-3200